Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Stacey M. Shim (SBN 305911)
sshim@haineslawgroup.com
**HAINES LAW GROUP, APC**
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Scott M. Lidman (SBN 199433)
slidman@lidmanlaw.com
Elizabeth Nguyen (SBN 238571)
enguyen@lidmanlaw.com
**LIDMAN LAW, APC**
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 322-4772
Fax: (424) 322-4775

Attorneys for Plaintiffs
DELAYNA GATLIN and SANDRA GATLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAYNA GATLIN, as an individual, SANDRA GATLIN, as an individual, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 100, <br><br> Defendants. | Case No.: 2:18-cv-03135-SVW-AS <br><br> Assigned to: Hon. Judge Stephen V. Wilson <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: May 18, 2020 <br> Time: 1:30 p.m. <br> Courtroom: 10A <br><br> Action Filed: January 31, 2018 <br> Pre-Trial Conf: None Set <br> Trial: None Set |

1

NOTICE IS HEREBY GIVEN that on May 18, 2020, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Judge Stephen V. Wilson, Plaintiffs Delayna Gatlin and Sandra Gatlin, jointly and on behalf of all others similarly situated, will and hereby does move this Court for entry of an Order pursuant to Fed. R. Civ. Proc. 23(e) granting:

1. Finally certifying the proposed Settlement Classes under Rule 23(e) of the Federal Rules of Civil Procedure defined as:

   a. "All Employee Subclass": All current and former non-exempt employees who worked for Defendant in California from January 31, 2014 until January 21, 2020 who: (1) were paid an hourly rate of pay that was less than 130% of the then-applicable California minimum wage; and (2) were paid a retention bonus (coded "RTN") and overtime in the same pay period or prior pay period; and

   b. "Former Employee Subclass": All former non-exempt employees who worked for Defendant in California and separated their employment between January 31, 2015 and January 21, 2020 who: (1) were paid an hourly rate of pay that was less than 130% of the then-applicable California minimum wage; and (2) were paid a retention bonus (coded "RTN") and overtime in the same pay period or prior pay period.

2. Granting final approval to the class action settlement based upon the terms set forth in the Stipulation of Settlement ("Settlement") as fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure

3. Confirming Plaintiffs Delayna Gatlin and Sandra Gatlin's appointment as Class Representatives for settlement purposes;

    4. Confirming appointment of Scott M. Lidman, Elizabeth Nguyen, and Milan Moore of Lidman Law, APC and Paul K. Haines of Haines Law Group, APC, as Class Counsel;

    5. Entering final judgment in the form of the [Proposed] Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Final Judgment filed concurrently herewith.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the declarations of Scott M. Lidman, Elizabeth Nguyen, Paul K. Haines, Milan Moore, Delayna Gatlin, Sandra Gatlin[1], and Elizabeth Kruckenberg of Phoenix Settlement Administrators and the exhibits attached thereto, the pleadings and other papers filed in this action, and on any further oral or documentary evidence or argument presented at the time of hearing.

This unopposed Motion is made pursuant to the terms of the Parties. Settlement Agreement and therefore compliance with Local Rule 7-3 is met. Declaration of Elizabeth Nguyen filed concurrently herewith, ¶ 28.

Dated: May 1, 2020

Respectfully submitted,
Lidman Law, APC

By: */s/ Elizabeth Nguyen*
Elizabeth Nguyen
Attorney for Plaintiffs
DELAYNA GATLIN and SANDRA GATLIN

---

[1] The declaration of Plaintiffs Delayna Gatlin and Sandra Gatlin were originally filed with this Court on December 4, 2019 in connection with the Motion for Preliminary Approval. For the convenience of the Court, Plaintiffs have re-filed their declarations with the instant Motion.